

**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

February 7, 2024

10th Court Of Appeals Clerk
McLennan County Courthouse
501 Washington Ave., Rm 415
Waco, TX 76701
\* Delivered Via E-Mail \*

**Re:** Becerra, Joe Luis
**CCA No.** PD-0280-22
**Trial Court Case No.** 14-03925-CRF-361

**COA No.** 10-17-00143-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:     Lane D. Thibodeaux (Delivered Via E-Mail)
        Ryan C. Calvert (Delivered Via E-Mail)
        District Clerk Brazos County (Delivered Via E-Mail)
        District Attorney Brazos County (Delivered Via E-Mail)
        State Prosecuting Attorney (Delivered Via E-Mail)
        Presiding Judge 361st District Court (Delivered Via E-Mail)